UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Goddard, Inc., d/b/a
Freshway Food Systems,

Plaintiff,

vs. AMENDED PRETRIAL SCHEDULE

Henry's Foods, Inc.,

Defendant. Civ. No. 01-1478(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 4th day of December, 2001.

* * *

The Plaintiff is requesting injunctive relief and a Hearing is set for 11:00 a.m., March 22, 2002, Court Room No. 2, 204 U.S. Courthouse, 118 south Mill St., Fergus Falls, Minnesota. The parties believe that resolution of that legal issue will significantly narrow the issues involved in this case and potentially bring the matter to a conclusion. The parties are prepared to brief and argue their respective issued with a minimal amount of discovery.

Accordingly, pursuant to a Pretrial Conference convened on November 19, 2001, in accordance with provisions of Rule 16, Federal Rules of Civil Procedure, to administer the course of this litigation in a manner which promotes the interests of justice,

27

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

economy and judicial efficiency, the following Schedule will govern these proceedings. **The Schedule may be modified only upon formal Motion and a showing of good cause as required by Local Rule 16.3**.

THEREFORE, It is -

ORDERED:

1. That all pre-discovery disclosures required by Rule 26(a)(1) shall be completed by both parties on or before **December 1, 2001.**

2. That all Motions which seek to add parties must be filed and the Hearing thereon completed on or before **December 15, 2001.**

3. That discovery regarding issued relevant to the Preliminary Injunction Hearing shall be completed by **February 1, 2002.**

4. That the Plaintiff's brief requesting injunctive relief shall be submitted to the Defendant on or before **February 8, 2002.**

5. That the Defendant's brief in opposition to injunctive relief shall be submitted to the Plaintiff on or before **March 1, 2002.**

6. That the Plaintiff's reply brief requesting injunctive relief shall be submitted to the Defendant on or before **March 8, 2002.**

7. That the Plaintiff shall submit the briefs of both parties to the Court on or before **March 8, 2002.**

8. That a Preliminary Injunction Hearing is set for **11:00 a.m., on March 22, 2002, Court Room No. 2, 204 U.S. Courthouse, 118 south Mill St., Fergus Falls, Minnesota.**

9. That a Pretrial Conference is set for **9:00 a.m., May 15, 2002,** to set the remaining deadlines. The Conference will be a telephonic conference with the Plaintiff making arrangements for the conference call.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE