UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GODDARD, INC.,<br>d/b/a FRESHWAY FOOD SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>HENRY'S FOODS, INC.,<br><br>Defendant. | Civ. No. 01-1478 (RLE)<br><br>**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE** |

Plaintiff Goodard, Inc., d/b/a Freshway Food Systems, and Defendant, Henry's Foods, Inc. hereby stipulate that part II of the May 21, 2002 Pretrial Schedule be amended so as to provide that the deadline to file all motions to amend the pleadings or add parties must be filed and the hearing thereon completed by August 1, 2002.

Dated this 5th day of July, 2002.

MAY & JOHNSON, P.C.

By __________________
Mark J. Arndt

4804 South Minnesota Avenue
P.O. Box 88738
Sioux Falls, SD 57109-8738
(605) 336-2565
(605) 336-2604 (Fax)
Attorneys for Plaintiff

42 43

FILED JUL 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated this 5 day of July, 2002.

Fluegel, Helseth, McLaughlin, Anderson & Brutlag

By [signature]
Warren C. Anderson
-or-
Amy J. Doll

215 Atlantic Ave
P.O. Box 527
Morris, MN 56267-0527
(320) 589-4151
Attorneys for Defendant

ORDER

It is hereby Ordered that Part II of the May 21, 2002 Pretrial Schedule be amended from July 15, 2002, to August 1, 2002 in which all motions seeking to amend the pleadings or add parties must be filed and the hearing thereon be completed.

Dated this 12th day of July, 2002.

BY THE COURT:

[signature]
Raymond L. Erickson
UNITED STATES MAGISTRATE COURT