**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GODDARD, INC., d/b/a FRESHWAY FOOD SYSTEMS,

Plaintiff,

vs.

HENRY'S FOODS, INC.,

Defendant.

Civ. File No.: 01-1478 MJD/RLE

**STIPULATION TO AMEND SCHEDULING ORDER**
and
ORDER

---

It is hereby stipulated by and between the parties hereto:

That the Scheduling Order in the above-captioned matter may be amended to extend the deadline for filing Dispositive Motions to June 1, 2003. That the Deadline for the case to be ready for trial should be changed to October 1, 2003.

AGREED TO AND STIPULATED TO FOR IMMEDIATE ENTRY.

MAY & JOHNSON, PC

Mark J. Arndt, Atty. Id. No.__________
Attorney for Plaintiff
4804 S Minnesota Avenue
PO Box 88738
Sioux Falls, SD 57109-8738

Dated: May 7, 2003

FLUEGEL, HELSETH, MCLAUGHLIN, ANDERSON & BRUTLAG, CHARTERED

Amy J. Doll, Atty Id. No. 237899
Attorney for Defendant
215 Atlantic Plaza, PO Box 527
Morris, MN 56267
(320) 589-4151

Dated: May 5, 2003

BY THE COURT:

IT IS SO ORDERED.

Dated: 5/12/03

Raymond L. Erickson
UNITED STATES MAGISTRATE COURT

MAY
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK