ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GODDARD, INC., d/b/a FRESHWAY FOOD SYSTEMS,

Plaintiff,

vs.

HENRY'S FOODS, INC.,

Defendant.

Civ. File No.: 01-1478 MJD/RLE

**RULE 54(b) STIPULATION AND ORDER FOR JUDGMENT ON STIPULATION**

---

## STIPULATION

The parties in the above-captioned action hereby stipulate as follows:

1. That the Order of this Court dated September 26, 2003, adjudicated less than all the claims, and that the Order was entered without an express determination that there was no reason for delay, and without an express direction for the entry of final judgment, as authorized by Federal Rules of Civil Procedure 54(b).

2. That the remaining claims are separate and distinct from the claims addressed in the Court's September 26, 2003 Order, and the entry of final judgment on those claims would in no way prejudice or interfere with the trial of the claims remaining.

Wherefore the Parties, by and through their attorneys, request an order be entered by this Court to include and be supported by a finding that there is no just reason for delay with respect to the entry of judgment on the Court's September 26, 2003 Order, as provided by Rule 54(b) of the Federal Rules of Civil Procedure.



JAN 2 2 2004

79

JAN 2 2 200

AGREED TO AND STIPULATED TO FOR IMMEDIATE ENTRY.

MAY & JOHNSON, PC

Mark J. Arndt, Atty. Id. No. SBSD # 2546
Attorney for Plaintiff
4804 S Minnesota Avenue
PO Box 88738
Sioux Falls, SD 57109-8738

Dated: 1/12/04

FLUEGEL, HELSETH, MCLAUGHLIN, ANDERSON & BRUTLAG, CHARTERED

Amy J. Doll, Atty Id. No. 237899
Attorney for Defendant
215 Atlantic Plaza, PO Box 527
Morris, MN 56267
(320) 589-4151

Dated: 1/19/04

BY THE COURT:

**ORDER FOR JUDGMENT ON STIPULATION**

The Court having been presented, and having considered, a stipulation of the parties to the entry of judgment FINDS:

1. That on September 26, 2003, an order was entered by this Court in this cause, Granting in Part and Denying in Part Plaintiff's Motion to Compel Discovery; Denying Defendant's Motion to Enforce Settlement; Granting Defendant's Motion for Partial Summary Judgment; dismissing with prejudice Counts One through Seven of Plaintiff's Amended Complaint; and Denying Defendant's motion to dismiss Counts Eight and Nine of Plaintiff's Amended Complaint.

2. That this is a multiple claims action, with more than one claim for relief being presented.

3. That this Court did not previously make the express determination or finding contemplated by Federal Rules of Civil Procedure Rule 54(b).

4. That there is no reason for delay with respect to the entry of judgment upon the claims asserted in Counts one through Seven of Plaintiff's Amended Complaint.

NOW THEREFORE, It is - -

ORDERED:

That judgment be entered immediately upon the claims decided by the order of this court dated September 26, 2003.

Dated 1/22/04

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE